IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL PAUL JONES, #1089220, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | NO. 3:05-CV-0324-L |
| DOUGLAS DRETKE, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## **ORDER**

This is a habeas case brought under 28 U.S.C. § 2254. Pursuant to 28 U.S.C. §636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On July 11, 2005, the Findings, Conclusions and Recommendation of the United States Magistrate Judge were filed, to which no objections were filed.

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions that the § 2254 petition is barred by the applicable one-year statute of limitations are correct. Accordingly, the magistrate judge's findings and conclusions are **accepted** as those of the court. Petitioner's petition

for writ of habeas corpus is **dismissed with prejudice** as time-barred. A final judgment dismissing this case with prejudice will issue by separate document.

**It is so ordered** this 21st day of September, 2006.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge